

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00078-CR

| | | |
|---|---|---|
| NATHANIEL KYLE FURSTONBERG, Appellant | § | On Appeal from the 415th District Court |
| | § | of Parker County (CR19-0776) |
| | § | October 6, 2022 |
| V. | § | Memorandum Opinion by Justice Kerr |
| | § | Concurring Memorandum Opinion by Justice Walker |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete both the time-payment fee and the reimbursement cost of an appointed attorney. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr